UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM FORREST MORGAN,
    Plaintiff,

vs.                                          Case No.:  3:20cv5470/MCR/ZCB

JEREMY KYLE SOUTHERN, et al.,
    Defendants.
                                /

## REPORT AND RECOMMENDATION

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On October 26, 2022, the Court entered an order directing Plaintiff to do two things on or before November 23, 2022:  (1) complete and file a financial affidavit provided by the Clerk of Court,[1] and (2) provide five service copies of the Fifth Amended Complaint. (Doc. 46).  The Court notified Plaintiff that his failure to comply with an order of the Court would result in a recommendation of dismissal of this case.  (*Id.* at 2).

Plaintiff did not respond to the Court's order.  Therefore, on December 9, 2022, the Court issued an order giving Plaintiff fourteen days to show cause why this case should not be dismissed for his failure to comply with a Court order.  (Doc.

---

[1] The Court's order directed the Clerk of Court to send Plaintiff a financial affidavit form.  (Doc. 46 at 2).

1

47).  The Court notified Plaintiff that his failure to show cause would result in a recommendation of dismissal of this case.  (*Id.*).  The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.  *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order").

At Pensacola, Florida, this 29th day of December 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**This case was referred to the undersigned for the issuance of all preliminary orders and any recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**